# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JUSTO FLORES FLETES,<br><br>　　　　Defendant. | Case No.: 21-CR-00496-JLS<br><br>**ORDER TO MODIFY JUDGMENT AND COMMITMENT ORDER** |

GOOD CAUSE APPEARING THEREFOR;

IT IS HEREBY ORDERED that the Judgment and Commitment Order be modified to show that it is recommended for the defendant to be placed at a BOP facility with a Spanish speaking 500-hr RDAP program, if available. If not available, it is recommended that defendant be placed in any RDAP program through a BOP facility.

IT IS SO ORDERED.

DATED: November 10, 2021

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge